Certiorari dismissed, January 11, 2010

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 08-8167**

─────────

GARY SLEZAK,

        Plaintiff - Appellant,

        v.

SAMUEL B. GLOVER, Director of South Carolina Department of
Probation, Parole and Pardon Services in his individual and
official capacity; SOUTH CAROLINA PROBATION, PARDON AND
PAROLE BOARD, John and Jane Does in their official and
individual capacities; JON OZMINT, Director of the South
Carolina Department of Corrections in his individual and
official capacity; STANLEY BURT, Warden of Lieber
Correctional Institution in his individual and official
capacity; RAMNARINE JAGLAL, Dentist, in his individual and
official capacity,

        Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:06-cv-01122-RBH)

─────────

Submitted:  May 28, 2009             Decided:  June 3, 2009

─────────

Before WILKINSON, KING, and GREGORY, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Gary Slezak, Appellant Pro Se.  Kenneth Paul Woodington, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Slezak appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Slezak v. Glover</u>, No. 4:06-cv-01122-RBH (D.S.C. Sept. 15, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>